**-FILED-**
IN OPEN COURT

**JAN 14 2026**

At _____ M
Chanda J. Berta Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | Two Counts |
| | ) | |
| v. | ) | Case No. 3:26-cr-_2_____ |
| | ) | |
| | ) | 18 U.S.C. § 875(c) |
| CALEB BONNELL | ) | 18 U.S.C. § 2261A(2)(B) |

**THE GRAND JURY CHARGES:**

On or about October 27, 2025, in the Northern District of Indiana,

**CALEB BONNELL,**

defendant herein, knowingly and willfully did transmit in interstate and foreign commerce a communication containing a threat to injure the person of another.

All in violation of Title 18, United States Code, Section 875(c).

**THE GRAND JURY FURTHER CHARGES:**

Beginning on or about September 11, 2025, and continuing through on or about December 31, 2025, in the Northern District of Indiana and elsewhere,

**CALEB BONNELL,**

defendant herein, with the intent to harass and intimidate and place under surveillance with intent to harass and intimidate another person, used any interactive computer service and electronic communication service and electronic system of interstate commerce, and any other facility of interstate and foreign commerce, engaged in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Minor Victim 1 and an immediate family member of Minor Victim 1.

All in violation of Title 18, United States Code, Section 2261A(2)(B).

Dated: January 14, 2026

A TRUE BILL:


*/s/ Grand Jury Foreperson*
Grand Jury Foreperson


ADAM L. MILDRED
UNITED STATES ATTORNEY


By: */s/ Lydia T. Lucius*
Lydia T. Lucius
Assistant United States Attorney