UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 3:26-CR-2-CCB |
| | ) | |
| CALEB BONNELL | ) | |

**UNITED STATES' NOTICE REGARDING
DISCLOSURE OF MATERIALS FOR FORENSIC EXAMINER**

The United States respectfully notifies the Court that the government has provided the defendant with written notification pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) relating to the forensic analyzation of devices seized in this case.[1] The relevant items have been provided to defense counsel in discovery.

Respectfully submitted,

ADAM L. MILDRED
UNITED STATES ATTORNEY

By:  *s/ Lydia T. Lucius*
LYDIA T. LUCIUS
Assistant United States Attorney
M01 Robert A. Grant Federal Bldg.
204 S. Main Street
South Bend, Indiana 46601
Tel:   (574) 236-8287
Fax:   (574) 236-8155
E-mail:  Lydia.Lucius@usdoj.gov

---

[1] The government does not believe that the entirety of the digital forensic examiner's testimony will be offered pursuant to Federal Rules of Evidence 702, 703, and 703, but provided notice of the witness' testimony out of an abundance of caution.