**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:  3:26-CR-02 CCB** |
| | ) | |
| **CALEB BONNELL** | ) | |
| **Defendant.** | ) | |

## MOTION REQUESTING A DETENTION HEARING

Caleb Bonnell, by counsel, now requests that the court schedule a detention hearing.  Mr. Bonnell stipulated to detention, without prejudice, on January 29, 2026. Mr. Bonnell now seeks a detention hearing for possible release.

WHEREFORE, the defendant, by counsel, respectfully requests that a detention hearing be scheduled.

Dated:  <u>April 2, 2026</u>

Respectfully submitted,

Northern District of Indiana
Federal Community Defenders, Inc.

By:    <u>s/ Kurt R. Earnst</u>
Kurt R. Earnst, Staff Attorney
130 S. Main Street, Suite 300
South Bend, IN 46601
Phone:  (574) 245-7393
Fax:  (574) 245-7394
eMail:  kurt_earnst@fd.org