UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA

v.                                                Case No. 3:26-CR-2-CCB-SJF

CALEB BONNELL

## ORDER

The Court has reviewed the findings and recommendation of Magistrate Judge Scott J. Frankel filed April 22, 2026. (ECF 24). Defendant Caleb Bonnell pleaded guilty to Count 2 of the Indictment charging him with cyberstalking in violation of 18 U.S.C. § 2261A(2)(B). No party objected, and the time to object has passed. The Court now adopts the findings and recommendation in their entirety. The plea of guilty to Count 2 in the Indictment is hereby accepted, and the defendant is adjudged guilty of Count 2.

Any objections a party submits to the probation officer in response to the draft Presentence Report must specifically identify the basis of the objection and any supporting authority. Should the Addendum to the final Presentence Report reflect any outstanding objections by a party, that party must specifically state in its sentencing memorandum whether it maintains that objection. If so, the party must identify the basis and authority for its objection and, where applicable, any evidence the party expects to offer in support of that objection. The party should also state if, consistent with Rule 32(i)(3)(B), it does not believe a ruling on that objection will be necessary.

SO ORDERED on May 8, 2026.

_/s/ Cristal C. Brisco_____
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT